UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 27 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VICTOR AMADO RODRIGUEZ-FLORES,<br><br>       Petitioner - Appellee,<br><br> v.<br><br>FERETI SEMAIA, in his official capacity as Warden, Adelanto Detention Facility; et al.,<br><br>       Respondents - Appellants. | No. 25-6459<br><br>D.C. No. 2:25-cv-06900-JGB-JC<br>Central District of California, Los Angeles<br><br>ORDER |

The motion (Docket Entry No. 3) for voluntary dismissal is granted. *See* Fed. R. App. P. 42(b).

This case is dismissed.

This order serves as the mandate of the court.

                                         FOR THE COURT:

                                         MOLLY C. DWYER
                                         CLERK OF COURT